**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON L CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-365-KC |
| | § | |
| **CAST CAPITAL FUNDING CORP.** | § | |
| **and VADIM LEYBEL,** | § | |
| | § | |
| Defendants. | | |

**ORDER**

On this day, the Court considered the above-captioned case. On January 23, 2024, Plaintiff informed the Court that the parties reached an agreement to resolve this matter and are working to finalize settlement. Notice Settlement, ECF No. 8. Accordingly, unless the parties submit final closing papers **on or before February 22, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**SO ORDERED**.

SIGNED this 24th day of January, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE