IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON L CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-365-KC** |
| § | |
| **CAST CAPITAL FUNDING CORP.** § | |
| **and VADIM LEYBEL,** § | |
| § | |
| **Defendants.** § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On January 23, 2024, Plaintiff informed the Court that the parties had reached a settlement. Notice Settlement, ECF No. 8. In response, the Court ordered that "unless the parties submit final closing papers **on or before February 22, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Jan. 24, 2024, Order 1, ECF No. 9.

February 22, 2024, has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of any party to move to reopen **on or before March 25, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 23rd day of February, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE